KAVENY, Appellant, *v.* CITY OF TROY, Respondent.

(*Supreme Court, General Term, Third Department.* February 21, 1889.)

No opinion. Order affirmed, with $10 costs and printing disbursements. See 15 N. E. Rep. 726.

---

KINGSLEY, Plaintiff, *v.* CRAWFORD, *et al.*, Defendants.

(*Supreme Court, General Term, Third Department.* February 21, 1889.)

No opinion. Judgment affirmed, with costs.

---

LANSING v. STEVENS.

(*Supreme Court, General Term, Third Department.* February 21, 1889.)

No opinion. Motion to go to the court of appeals denied. See 3 N. Y. Supp. 79.

---

MARTIN *v.* CENTRAL VERMONT R. CO.

(*Supreme Court, General Term, Third Department.* February 21, 1889.)

No opinion. Motion to go to court of appeals denied. See 3 N. Y. Supp. 82.

---

PEOPLE *ex rel.* DELAWARE & H. CANAL CO., Appellant, *v.* PARKER *et al.*, Respondents.

(*Supreme Court, General Term, Third Department.* February 21, 1889.)

No opinion. Judgment affirmed, with costs.

---

PEOPLE *ex rel.* FITCHBURG R. CO., Respondent, *v.* ASSESSORS OF TOWNS OF SCHAGHTICOKE, PITTSTOWN, AND HOOSICK, Appellants.

(*Supreme Court, General Term, Third Department.* February 21, 1889.)

No opinion. Motion for reargument denied. See 2 N. Y. Supp. 240.

---

PEOPLE *ex rel.* GILBERT *v.* MOORE.

(*Supreme Court, General Term, Third Department.* February 21, 1889.)

No opinion. Motion to dismiss appeal denied. See 4 N. Y. Supp. 778.

---

PHELPS, Appellant, *v.* MCCANN *et al.*, Respondents.

(*Supreme Court, General Term, Third Department.* February 21, 1889.)

No opinion. Judgment affirmed, with costs.

---

SNYDER *et al.*, Respondents, *v.* POPE, Appellant.

(*Supreme Court, General Term, Third Department.* February 21, 1889.)

No opinion. Order affirmed, with $10 costs and printing disbursements.